UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| JERALD BOYKIN,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; CREDIT PLUS, LLC.; and BBVA USA BANCSHARES, INC.,<br><br>　　　　　　　　　Defendants. | Civil Action No.: 1:21-cv-02894-KLM<br><br>NOTICE OF SETTLEMENT |

　　　　Plaintiff JERALD BOYKIN ("Plaintiff") hereby notifies the Court that the present case has been settled in principle between Plaintiff and Defendant EQUIFAX INFORMATION SERVICES, LLC., ("Equifax"). The parties are in the process of completing the final settlement documents and expect to file a stipulated dismissal with prejudice within the next sixty (60) days. Plaintiff requests the Court vacate all deadlines in this matter as to Defendant Equifax only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The matters against all other defendants have not settled and are still ongoing. All deadlines pertaining to all other defendants should continue.

DATED: January 17, 2021

　　　　　　　　　　　　　　　　　　　　　　THE CONSUMER JUSTICE LAW FIRM

　　　　　　　　　　　　　　　　　　　　　　*/s/ David A. Chami*
　　　　　　　　　　　　　　　　　　　　　　DAVID A. CHAMI, Bar No. 027585
　　　　　　　　　　　　　　　　　　　　　　8245 N. 85th Way
　　　　　　　　　　　　　　　　　　　　　　Scottsdale, AZ 85258
　　　　　　　　　　　　　　　　　　　　　　dchami@cjl.law
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*