UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| JERALD BOYKIN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; CREDIT PLUS, LLC.; and BBVA USA BANCSHARES, INC.,<br><br>　　　　　　　　Defendants. | Civil Action No.: 1:21-cv-02894-KLM<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Plaintiff Jerald Boykin ("Plaintiff") and Defendant Equifax Information Services, LLC. ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows: Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedures, Plaintiff and Defendant hereby stipulate and agree that the above-captioned matter be dismissed with prejudice.

Respectfully Submitted,

/s/David A. Chami　　　　　　　　　　　/s/ Courtney Sophie Stieber
*Attorney for Plaintiff*　　　　　　　　　　*Attorney for Defendant*
Name: David A. Chami　　　　　　　　　Name: Courtney Sophie Stieber
The Consumer Justice Law Firm　　　　Seyfarth Shaw LLP
Address: 8245 N. 85th Way　　　　　　　Address: 620 Eighth Street, 32nd Floor
Scottsdale, AZ 85258　　　　　　　　　　New York, NY 10018
dchami@cjl.law　　　　　　　　　　　　cstieber@seyfarth.com

DATED at Denver, Colorado, this ____ day of _____, 2022.

BY THE COURT:

_____
Magistrate Judge Kristen L. Mix

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

THE CONSUMER JUSTICE LAW FIRM

/s/ Brenda Moorehead