# UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

| | |
|---|---|
| JERALD BOYKIN,<br><br>       Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; CREDIT PLUS, LLC.; and BBVA USA BANCSHARES, INC.,<br><br>       Defendants. | Civil Action No.: 1:21-cv-02894-KLM<br><br>**NOTICE OF SETTLEMENT** |

  Plaintiff Jerald Boykin ("Plaintiff") hereby notifies the Court that the present case has been settled in principle between Plaintiff and Defendant Trans Union, LLC., ("Trans Union"). The parties are in the process of completing the final settlement documents and expect to file a stipulated dismissal with prejudice within the next sixty (60) days. Plaintiff requests the Court vacate all deadlines in this matter as to Defendant Trans Union. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The matters against all other defendants have not settled and are still ongoing. All deadlines pertaining to all other defendants should continue.

DATED: April 19, 2022.

                 **THE CONSUMER JUSTICE LAW FIRM**

                 */s/ David A. Chami*
                 DAVID A. CHAMI, Bar No. 027585
                 8245 N. 85th Way
                 Scottsdale, AZ 85258
                 dchami@cjl.law
                 *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that on April 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

      THE CONSUMER JUSTICE LAW FIRM

      /s/ *Brenda Moorehead*