## UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

| | |
|---|---|
| JERALD BOYKIN,<br><br>                    Plaintiff,<br><br>        vs.<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; EQUIFAX INFORMATION SERVICES,<br>LLC; TRANS UNION, LLC; CREDIT PLUS,<br>LLC.; and BBVA USA BANCSHARES, INC.,<br>                    Defendants. | Civil Action No.: 1:21-cv-02894-KLM |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jerald Boykin and Defendant

Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby

stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice

as to Experian, without an award of fees or costs to either party.

Respectfully submitted this 29th day of June, 2022.

| | |
|---|---|
| THE CONSUMER JUSTICE LAW FIRM<br>*/s/ Levi Eidelman*<br>Levi Eidelman,<br>300 Cadman Plaza West, 12th Floor<br>Brooklyn, NY 11201<br>Telephone: (718) 770-7940<br>(718) 715-1750 (fax) | Jones Day<br>By: */s/ Callie M. Barr*<br>Callie M. Barr<br>13275 Ventura Drive<br>Van Buren Township, MI 48111<br>989-619-3477<br>cmbarr@jonesday.com<br>*Attorneys for Defendant*<br>Experian Information Solutions, Inc. |

### ECF SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I, Brenda Moorehead, hereby certify that the content of this

document is acceptable to Callie Barr counsel for Defendant Experian Information Solutions, Inc.

and I have obtained Ms. Barr's authorization to affix their electronic signature to this document.

THE COMSUMER JUSTICE LAW FIRM

*/s/ Brenda Moorehead*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 29, 2022, I electronically filed the foregoing with the Clerk

of the Court using the ECF system, which will send notice of such filing to all attorneys of

record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies

of the foregoing have not been provided via personal delivery or by postal mail.

THE COMSUMER JUSTICE LAW FIRM

*/s/ Brenda Moorehead*