IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

**Civil Action No. 1:21-cv-02894-WJM-KLM**

JERALD BOYKIN,

              Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, CREDIT PLUS, LLC, and BBVA USA BANCSHARES, INC.

              Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC**

TO THE HONORABLE JUDGE WILLIAM J. MARTINEZ:

      Plaintiff Jerald Boykin, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

      There are no longer any issues in this matter between Jerald Boykin and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Respectfully submitted,

*/s/ David Ali Chami*
David Ali Chami
david@pricelawgroup.com
Price Law Group, APC
8245 North 85th Way
Scottsdale, AZ 85258
(818) 600-5515
(818) 600-5415 Fax
**Counsel for Plaintiff**

*/s/ Amanda Loughmiller*
Paul W. Sheldon
Colorado Bar No. 22747
psheldon@qslwm.com
Amanda Loughmiller
Texas Bar No. 24028042
aloughmiller@qslwm.com
Quilling, Selander, Lownds, Winslett & Moser, Pc
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5453
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

## CERTIFICATE OF SERVICE

       I hereby certify that on July 8, 2022, the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

David Ali Chami
david@pricelawgroup.com
Price Law Group, APC
8245 North 85th Way
Scottsdale, AZ 85258
(818) 600-5515
(818) 600-5415 Fax
***Counsel for Plaintiff***

Robyn Berger Averbach
robyn@rq-law.com
Ruebel & Quillen LLC
8461 Turnpike Drive, Suite 206
Westminster, CO 80031
(888) 989-1777
(303) 362-5724 Fax
and
Callie M. Barr
cmbarr@jonesday.com
Jones Day
13275 Ventura Drive
Van Buren Township, MI 48111
(989) 619-3477
***Counsel for Experian Information Solutions, Inc.***

Chad Phillip Jimenez
jimenezc@ballardspahr.com
Michael L. Schuster
schusterm@ballardspahr.com
Ballard Spahr LLP-Denver
1225 Seventeenth Street, Suite 2300
Denver, CO 80202-5596
(303) 454-0546
(303) 573-1956 Fax
***Counsel for BBVA USA Bancshares, Inc.***

David Michael Gettings
dave.gettings@troutman.com
Troutman Sanders LLP-Virginia Beach
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
(757) 687-7747
(757) 687-7510 Fax
and
John Joseph Atallah
jatallah@foley.com
Foley & Lardner LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
(213) 972-4834
and
Christi A. Lawson
clawson@foley.com
Foley & Lardner LLP
301 East Pine Street, Suite 1200
Orlando, FL 32801
(407) 423-7656
***Counsel for Credit Plus, LLC***

      */s/ Amanda Loughmiller*
      **AMANDA LOUGHMILLER**

3

5555976.1