# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JERALD BOYKIN,<br><br>                    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; CREDIT PLUS, LLC.; and BBVA USA BANCSHARES, INC.,<br><br>                    Defendants. | Civil Action No.: 1:21-cv-02894-WJM-KLM<br><br>**NOTICE OF SETTLEMENT AS TO BBVA USA BANCSHARES, INC.** |

NOTICE IS HEREBY GIVEN that Plaintiff Jerald Boykin and Defendant BBVA USA Bancshares, Inc. ("BBVA"), have settled all claims between them in this matter. The Parties are in the process of completing the final settlement documents and expect to file the appropriate dismissal papers within the next sixty (60) days. Plaintiff requests the Court vacate all deadlines in this matter, as to BBVA only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

1

| | |
|---|---|
| Dated: September 23, 2022, | Respectfully submitted,<br><br>*/s/ Levi Y. Eidelman*<br>Levi Y. Eidelman<br>THE CONSUMER JUSTICE LAW FIRM<br>300 Cadman Plaza West, 12th Floor<br>Brooklyn, NY 11201<br>T: (718) 360-0763<br>E: leidelman@cjl.aw<br><br>David A. Chami<br>THE CONSUMER JUSTICE LAW FIRM<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>T: (480) 626-2359<br>E: dchami@cjl.law<br><br>*Attorneys for Plaintiff Jerald Boykin* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Sierra M. Stewart*