## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

JERALD BOYKIN,

                    Plaintiff,

      vs.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; CREDIT PLUS, LLC.; and BBVA USA BANCSHARES, INC.,

                    Defendants.

Civil Action No.: 1:21-cv-02894-WJM-KLM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jerald Boykin ("Plaintiff") and Defendant PNC Bank, N.A., as successor-in-interest to BBVA USA, incorrectly named as BBVA USA Bancshares ("PNC"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, as to PNC only.

Respectfully submitted this 14th day of November 2022,

*/s/ Levi Y. Eidelman*
Levi Y. Eidelman
THE CONSUMER JUSTICE LAW FIRM
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
T: (718) 360-0763
E: leidelman@cjl.aw

David A. Chami
THE CONSUMER JUSTICE LAW FIRM
8245 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
E: dchami@cjl.law

*Attorneys for Plaintiff Jerald Boykin*

*/s/ Michael L. Schuster*
Michael L. Schuster
BALLARD SPAHR LLP
1225 Seventeenth Street, Suite 2300
Denver, CO 80202-5596
T: (303) 299-7363
E: schusterm@ballardspahr.com

*Counsel for Defendant PNC Bank, N.A.,*
*as successor-in-interest to BBVA USA,*
*incorrectly named as BBVA USA Bancshares*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**THE CONSUMER JUSTICE LAW FIRM**

By: *<u>/s/ Sierra M. Stewart</u>*
Sierra M. Stewart