# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JERALD BOYKIN,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; CREDIT PLUS, LLC.; and BBVA USA BANCSHARES, INC.,<br><br>    Defendants. | Civil Action No.: 1:21-cv-02894-WJM-KLM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jerald Boykin ("Plaintiff") and Defendant Credit Plus, LLC ("Credit Plus"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice without an award of attorney's fees or costs to either party.

//

1

Respectfully submitted this 14th day of March 2023.

| | |
|---|---|
| */s/ Levi Y. Eidelman* | */s/ Andrew Casimir Gresik* |
| Levi Y. Eidelman | Andrew Casimir Gresik |
| **CONSUMER ATTORNEYS** | **FOLEY & LARDNER LLP** |
| 300 Cadman Plaza West, 12th Floor | 150 East Gilman Street, Suite 5000 |
| Brooklyn, NY 11201 | Madison, WI 53703 |
| T: (718) 360-0763 | T: (608) 258-4235 |
| E: leidelman@consumerattorneys.com | E: agresik@foley.com |
| | |
| David A. Chami | Christi A. Lawson |
| **CONSUMER ATTORNEYS** | **FOLEY & LARDNER LLP** |
| 8245 N. 85th Way | 111 North Orange Avenue, Suite 1800 |
| Scottsdale, AZ 85258 | Orlando, FL 32801 |
| T: (480) 626-2359 | T: (407) 244-3235 |
| E: dchami@consumerattorneys.com | E: clawson@foley.com |
| | |
| *Attorneys for Plaintiff Jerald Boykin* | John Joseph Atallah |
| | **FOLEY & LARDNER LLP** |
| | 555 South Flower Street, Suite 3300 |
| | Los Angeles, CA 90071-2411 |
| | T: (213) 972-4834 |
| | E: jatallah@foley.com |
| | |
| | *Counsel for Defendant Credit Plus, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Sierra M. Stewart*
Sierra M. Stewart